DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LARA A. ROGERS (SBN 261748)
lrogers@durietangri.com
BRIAN C. HOWARD (SBN 268852)
bhoward@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant and Counterclaimant
QUANTUM CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERLAND STORAGE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>QUANTUM CORPORATION,<br><br>          Defendant.<br> | Case No. 3:12-cv-01599-JLS-BLM<br><br>**DECLARATION OF LARA A. ROGERS IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT QUANTUM CORPORATION'S REPLY TO PLAINTIFF AND COUNTERDEFENDANT OVERLAND STORAGE, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Ctrm:  6, 3rd Floor<br>Judge: Honorable Janis L. Sammartino<br><br>Hearing: October 3, 2013, 2:00 p.m. |
| QUANTUM CORPORATION,<br><br>          Counterclaimant,<br><br>     v.<br><br>OVERLAND STORAGE, INC.,<br><br>          Counterdefendant. | |

I, Lara A. Rogers, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendant and Counterclaimant Quantum Corporation ("Quantum") in this matter. I make this Declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Tri Optic Media Label Catalog bearing Bates numbers QUANTUM00048118 through QUANTUM00048141.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Wikipedia entry for the Video Electronics Standards Association ("VESA") Local Bus as downloaded from http://en.wikipedia.org/wiki/VESA_Local_Bus on September 4, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 5, 2013, in San Francisco, California.

                                                    */s/ Lara A. Rogers*
                                                    LARA A. ROGERS

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on September 5, 2013 with a copy of this document via the Court's CM/ECF system.

>                            */s/ Lara A. Rogers*
>                              LARA A. ROGERS